

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00554-CV

Martin E. **ROBERTS**,
Appellant

v.

Margaret D. **ROBERTS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-09297
Honorable Antonia Arteaga, Judge Presiding

BEFORE THE EN BANC COURT

On the court's own motion, we withdraw the panel opinion and judgment of December 19, 2012, and substitute this en banc opinion and judgment. Appellee's motion for en banc reconsideration is DENIED. *See* TEX. R. APP. P. 49.7.

In accordance with this court's opinion of this date, we REVERSE the portions of the trial court's order confirming and ordering reimbursement for $41,000 of Margaret's separate property and ordering that Martin pay spousal maintenance. We AFFIRM the remainder of the trial court's order. We REMAND this cause to the trial court for further proceedings consistent with this opinion.

SIGNED May 1, 2013.

_____
Patricia O. Alvarez, Justice